UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| MALCO ENTERPRISES OF NEVADA, INC., | Case No. 2:22-cv-01659-JCM-DJA |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| Jose Ismael Campos, *et al.* | |
| Defendants. | |

This action was filed on 9/30/2022. The Court issued a notice of intent to dismiss pursuant to Fed. R. Civ. P. 4(m) unless proof of service is filed by 2/15/2023. (ECF No. 13) To date, no proof of service has been filed.

Accordingly, it is ordered, adjudged and decreed that this action is dismissed without prejudice.

DATED April 6, 2023.

James C. Mahan
UNITED STATES DISTRICT JUDGE